■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIFFORD EDMONDS, Appellant. [997 NYS2d 656]—

Appeal from a judgment of the Supreme Court, Erie County (Deborah A. Haendiges, J.), rendered April 15, 2013. The judgment convicted defendant, upon his plea of guilty, of criminal obstruction of breathing or blood circulation.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of criminal obstruction of breathing

or blood circulation (Penal Law § 121.11 [a]). Contrary to defendant's contention, the record establishes that he knowingly, voluntarily and intelligently waived the right to appeal (*see generally People v Lopez*, 6 NY3d 248, 256 [2006]), and that valid waiver forecloses any challenge by defendant to the severity of the sentence (*see id.* at 255; *see generally People v Lococo*, 92 NY2d 825, 827 [1998]; *People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Smith, J.P., Peradotto, Carni, Valentino and DeJoseph, JJ.